IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | : | CIVIL ACTION |
| | : | NO. 18-2016 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| JACOB HARMON AND KAREN HARMON | : | |
| | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this **11th** day of **October, 2018**, it is hereby **ORDERED** that Plaintiff's Motion to Permit Alternative Service (ECF No. 4) is **DENIED without prejudice.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**